THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA HOGAN, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　Defendant.<br>──────────────────────<br>ANDREA SEBERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00996-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR CLASS CERTIFICATION**<br><br>**NOTED FOR CONSIDERATION:**<br>**JANUARY 21, 2022** |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiff Angela Hogan initially filed this lawsuit on July 26, 2021.

2. On September 1, 2021, the Court entered a stipulated order [Dkt. 17] consolidating this case with *Seberson v. Amazon.com, Inc.*, Case No. 2:21-cv-01009 ("Stipulated Order").

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR CLASS
CERTIFICATION - 1
Case No. 2:21-cv-00996-RSM

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3. As permitted by the Stipulated Order, Plaintiffs will file their consolidated amended complaint on or before February 2, 2022.

4. Plaintiffs intend to seek to certify a nationwide class of all persons who, on or after January 1, 2013, purchased an item through Amazon's Buy Box, and the order was then shipped (or fulfilled) by Amazon.

5. Under Local Rule 23(i)(3), the presumptive deadline for Plaintiffs to file a motion for class certification is 180 days from the date of filing, absent a Court order deferring the deadline. If set by the original filing, the deadline is January 24, 2022.

6. Good cause exists to extend the presumptive class certification deadline because the Stipulated Order extended the deadline for Amazon to respond to the complaint and for the parties' respective briefing on any motion to dismiss. That motion will not be fully briefed for several months, well past the expiration of the January 24, 2022 deadline for the class certification motion established by Local Rule 23(i)(3).

7. Good cause also exists to extend the presumptive class certification deadline because the issues raised in the consolidated amended complaint will require discovery before Plaintiffs can file their class certification motion, and any expert reports filed in connection with the class certification motion will need to be grounded in facts disclosed during discovery.

8. Having met and conferred, the parties have therefore agreed, subject to the Court's approval, to stipulate to request the Court to vacate the current class certification deadline prescribed by the local rule. The parties further agree that if the Court denies Amazon's motion to dismiss Plaintiffs' consolidated amended complaint, they will propose a class certification-briefing schedule promptly following the Court's disposition of the motion.

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR CLASS
CERTIFICATION - 2
Case No. 2:21-cv-00996-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 | RESPECTFULLY SUBMITTED AND DATED this 24th day of January, 2022.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/Adrienne D. McEntee, WSBA #34061 | By: Stephen M. Rummage, WSBA #11168 |
| Beth E. Terrell, WSBA #26759 | Stephen M. Rummage, WSBA #11168 |
| Email: bterrell@terrellmarshall.com | Email: steverummage@dwt.com |
| Adrienne D. McEntee, WSBA #34061 | MaryAnn T. Almeida, WSBA #49086 |
| Email: amcentee@terrellmarshall.com | Email: maryannalmeida@dwt.com |
| 936 North 34th Street, Suite 300 | 920 Fifth Avenue, Suite 3300 |
| Seattle, Washington 98103 | Seattle, Washington 98104 |
| Telephone: (206) 816-6603 | Telephone: (206) 622-3150 |
| Facsimile: (206) 319-5450 | Facsimile: (206) 757-7700 |
| | |
| Kenneth A. Wexler, *Admitted Pro Hac Vice* | *Attorneys for Defendant* |
| Email: kaw@wbe-llp.com | |
| Justin N. Boley, *Admitted Pro Hac Vice* | |
| Email: jnb@wbe-llp.com | |
| Zoran Tasić, *Admitted Pro Hac Vice* | |
| Email: zt@wbe-llp.com | |
| WEXLER BOLEY & ELGERSMA LLP | |
| 55 West Monroe Street, Suite 3300 | |
| Chicago, Illinois 60603 | |
| Telephone: (312) 346 2222 | |
| Facsimile: (312) 346 0022 | |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR CLASS CERTIFICATION - 3
Case No. 2:21-cv-00996-RSM

| | |
|---|---|
| 1 | Daniel E. Gustafson, |
|   | *Pro Hac Vice forthcoming* |
| 2 | Email: dgustafson@gustafsongluek.com |
| 3 | Daniel C. Hedlund, *Pro Hac Vice forthcoming* |
|   | Email: dhedlund@gustafsongluek.com |
| 4 | Michelle J. Looby, *Pro Hac Vice forthcoming* |
| 5 | Email: mlooby@gustafsongluek.com |
| 6 | Daniel J. Nordin, *Pro Hac Vice forthcoming* |
|   | Email: dnordin@gustafsongluek.com |
| 7 | GUSTAFSON GLUEK PLLC |
| 8 | Canadian Pacific Plaza |
| 9 | 120 South Sixth Street, Suite 2600 |
|   | Minneapolis, MN 55402 |
| 10 | Tel: (612) 333-8844 |
| 11 | Fax: (612) 339-6622 |
| 12 | |
| 13 | Brett Cebulash, *Pro Hac Vice forthcoming* |
|    | Email: bcebulash@tcllaw.com |
| 14 | Kevin Landau, *Pro Hac Vice forthcoming* |
|    | Email: klandau@tcllaw.com |
| 15 | Evan Rosin, *Pro Hac Vice forthcoming* |
| 16 | Email: erosin@tcllaw.com |
| 17 | TAUS, CEBULASH & LANDAU, LLP |
|    | 80 Maiden Lane, Suite 1204 |
| 18 | New York, NY 10038 |
| 19 | Tel: (212) 931-0704 |
|    | Fax: (212) 931-0703 |
| 20 | |
| 21 | *Attorneys for Plaintiff and the Class* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR CLASS CERTIFICATION - 4 |
|    | Case No. 2:21-cv-00996-RSM |

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 **ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3     The Court hereby vacates the January 24, 2022 deadline for Plaintiffs to file their
4 motion for class certification.

5     The parties shall propose a class certification briefing schedule promptly following
6 disposition of Amazon's motion to dismiss Plaintiffs' consolidated amended complaint,
7 should the Court deny that motion.

8     DATED this 24th day of January, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

27 STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR CLASS
CERTIFICATION - 5
Case No. 2:21-cv-00996-RSM

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com