The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00996-RSM<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR MOTION TO DISMISS<br><br>**Note on Motion Calendar**:<br>February 8, 2022 |

STIPULATION AND ORDER
EXTENDING TIME TO FILE MTD
Case No. 2:21-cv-00996-RSM

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs filed this action on July 26, 2021, asserting antitrust claims against Amazon.com, Inc., based on alleged overcharges to consumers caused by Amazon allegedly tying a Seller's access to the "Buy Box" on the Amazon website to the Seller's purchase of Amazon's fulfillment services.

2. On September 1, 2021, pursuant to a stipulation among the parties, the Court entered an Order for Consolidation, Filing of Consolidated Amended Complaint, and Schedule for Answer of Motion to Dismiss [Dkt. 17] ("Order for Consolidation").  Among other things, that Order (a) provided for consolidation of this action with *Seberson, et al. v. Amazon.com, Inc.,* 2:21-cv-1009-RSM; (b) called for the filing of a Consolidated Amended Complaint in this action within 14 days of entry of the Court's order, if any, denying the then-pending motion to consolidate this action into *De Coster, et al. v. Amazon.com, Inc.,* 2:21-cv-693-RSM ("*De Coster*"); and (c) set a briefing schedule on Amazon's motion to dismiss, which called for Amazon to file its motion within 45 days after Plaintiffs file their consolidated amended complaint, Plaintiffs to file their opposition within 45 days thereafter, and Amazon to file its reply within 30 days of the opposition.

3. On January 19, 2022, the Court denied the motion to consolidate this action into *De Coster*.  *See De Coster, et al. v. Amazon.com, Inc.,* 2:21-cv-693-RSM, "Order Denying Motion to Consolidate Related Actions," Jan. 19, 2022, Dkt. 43.

4. On February 2, 2022, the Plaintiffs filed their Consolidated Amended Class Action Complaint ("CAC") in this action, in compliance with the Order for Consolidation.

5. Pursuant to the Order for Consolidation, Amazon's motion to dismiss the CAC is now due on or before March 21, 2022.

6. Because of a combination of professional commitments and personal leaves, Amazon's counsel has asked Plaintiffs for a brief extension of time to file Amazon's motion dismiss, to April 4, 2022, i.e., 60 days after the filing of the CAC.  Plaintiffs' counsel have agreed to Amazon's request, subject to the Court's approval.  Plaintiffs shall file their opposition and Amazon shall file its reply on the schedule set by the Order for Consolidation.

STIPULATION AND ORDER
EXTENDING TIME TO FILE MTD - 1
Case No. 2:21-cv-00996-RSM

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 8th day of February, 2022.

By: */s/ Beth E. Terrell*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Kenneth A. Wexler, *Pro Hac Vice*
Email: kaw@wbe-llp.com
Justin N. Boley, *Pro Hac Vice*
Email: jnb@wbe-llp.com
Zoran Tasić, *Pro Hac Vice*
Email: zt@wbe-llp.com
WEXLER BOLEY & ELGERSMA LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346 2222
Facsimile: (312) 346 0022

Daniel E. Gustafson, *Pro Hac Vice*
Email: dgustafson@gustafsongluek.com
Daniel C. Hedlund, *Pro Hac Vice*
Email: dhedlund@gustafsongluek.com
Michelle J. Looby, *Pro Hac Vice*
Email: mlooby@gustafsongluek.com
Daniel J. Nordin, *Pro Hac Vice*
Email: dnordin@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

STIPULATION AND ORDER
EXTENDING TIME TO FILE MTD - 2
Case No. 2:21-cv-00996-RSM

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Brett Cebulash, *Pro Hac Vice*
Email: bcebulash@tcllaw.com
Kevin Landau, *Pro Hac Vice*
Email: klandau@tcllaw.com
Evan Rosin, *Pro Hac Vice*
Email: erosin@tcllaw.com
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703

*Attorneys for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Ph: (206) 622-3150; Fax: (206) 757-7700
Email:  SteveRummage@dwt.com
Email:  MaryAnnAlmeida@dwt.com

*Attorneys for Defendant Amazon.com, Inc.*

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
EXTENDING TIME TO FILE MTD - 3
Case No. 2:21-cv-00996-RSM

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax