The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, Inc.,<br><br>Defendant. | No. 2:21-cv-00996 RSM<br><br>**[PROPOSED] ORDER ON DEFENDANT AMAZON.COM, INC.'S MOTION TO DISMISS** |

This matter having come before the Court on a Motion to Dismiss filed by counsel for Defendant Amazon.com, Inc., and the Court having reviewed the Motion and all papers in support and opposition thereto and the arguments of counsel, it is:

ORDERED that Amazon.com, Inc.'s Motion to Dismiss be and hereby is GRANTED; and further

ORDERED that Plaintiffs' Amended Complaint is DISMISSED WITH PREJUDICE.

DATED this ___ day of _____, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON DEFENDANT AMAZON.COM, INC.'S
MOTION TO DISMISS (2:21-cv-00996 RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP


By */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Adam Sieff, *pro hac vice forthcoming*
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.1350
Fax: 206.757.7700
Email: steverummage@dwt.com
Email: adamsieff@dwt.com


By */s/ John Schmidtlein*
John Schmidtlein*
Jonathan B. Pitt*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
Email: jschmidtlein@wc.com
Email: jpitt@wc.com

* *pro hac vice application forthcoming*

Attorneys for Amazon.com, Inc.

ORDER ON DEFENDANT AMAZON.COM, INC.'S
MOTION TO DISMISS (2:21-cv-00996 RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax