The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

AMAZON.COM, Inc.,

Defendant.

No. 2:21-cv-00996 RSM

NOTICE OF APPEARANCE

*Clerk's Action Required*

TO: THE CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that John Goldmark of Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610, appears as counsel for Defendant Amazon.com, Inc. in the above-entitled action. John Goldmark works in association with Stephen M. Rummage, Adam Sieff, and MaryAnn T. Almeida of Davis Wright Tremaine LLP and with Alexander G. Peerman, John E. Schmidtlein, and Jonathan B. Pitt of Williams & Connolly LLP. Copies of all future papers and pleadings in this matter, except original process, shall be served upon all attorneys of record.

NOTICE OF APPEARANCE (2:21-cv-00996 RSM)- 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1   DATED this 28th day of September, 2022.

2                                           DAVIS WRIGHTTREMAINE LLP
                                            Attorneys for Amazon.com, Inc.
3

4                                           By *s/ John A. Goldmark*
                                               John A. Goldmark, WSBA #40980
5                                              920 Fifth Avenue, Suite 3300
                                               Seattle, WA  98104
6                                              Telephone:  206.757.8068
                                               Email:  johngoldmark@dwt.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE (2:21-cv-00996 RSM)- 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax