THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00996-RSM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER came before the Court on Plaintiffs' Motion for Extension of Time to File Second Amended Complaint. After reviewing the files and records herein, and the Court having been fully advised, and for good cause shown, the Court hereby GRANTS Plaintiffs' Motion. Plaintiffs shall have until June 21, 2023 to file their Second Amended Complaint.

IT IS SO ORDERED.

DATED this 10th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT - 1
Case No. 2:21-cv-00996-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Adrienne D. McEntee, WSBA #34061
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Kenneth A. Wexler, *Pro Hac Vice*
    Email: kaw@wbe-llp.com
    Justin N. Boley, *Pro Hac Vice*
    Email: jnb@wbe-llp.com
    Zoran Tasić, *Pro Hac Vice*
    Email: zt@wbe-llp.com
    WEXLER BOLEY & ELGERSMA LLP
    31 S. Wacker Drive, Suite 5450
    Chicago, Illinois 60606
    Telephone: (312) 346-2222
    Facsimile: (312) 346-0022

    Daniel E. Gustafson, *Pro Hac Vice*
    Email: dgustafson@gustafsongluek.com
    Daniel C. Hedlund, *Pro Hac Vice*
    Email: dhedlund@gustafsongluek.com
    Michelle J. Looby, *Pro Hac Vice*
    Email: mlooby@gustafsongluek.com
    Daniel J. Nordin, *Pro Hac Vice*
    Email: dnordin@gustafsongluek.com
    GUSTAFSON GLUEK PLLC
    Canadian Pacific Plaza
    120 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    Telephone: (612) 333-8844
    Facsimile: (612) 339-6622

    Brett Cebulash, *Pro Hac Vice*

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SECOND AMENDED
COMPLAINT - 2
Case No. 2:21-cv-00996-RSM

Email: bcebulash@tcllaw.com
Kevin Landau, *Pro Hac Vice*
Email: klandau@tcllaw.com
Evan Rosin, *Pro Hac Vice*
Email: erosin@tcllaw.com
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703

*Attorneys for Plaintiff and the Proposed Class*

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SECOND AMENDED
COMPLAINT - 3
Case No. 2:21-cv-00996-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com