The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, Inc.,<br><br>Defendant. | No. 2:21-cv-00996 RSM<br><br>**ORDER ON DEFENDANT AMAZON.COM, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

This matter having come before the Court on a Motion for Extension of Time to Respond to the Second Amended Complaint filed by counsel for Defendant Amazon.com, Inc., and the Court having reviewed the Motion and all the papers herein, and for good cause shown, it is:

ORDERED that Amazon.com, Inc.'s Motion for Extension of Time is GRANTED; and further

ORDERED that Amazon.com, Inc. shall have until August 21, 2023 to move to dismiss or otherwise respond to the Second Amended Complaint.

DATED this 28th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON DEFENDANT AMAZON.COM, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT (2:21-cv-00996 RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP

By /s/ MaryAnn T. Almeida
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.1350
Fax: 206.757.7700
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com


By /s/ John Schmidtlein
John Schmidtlein*
Jonathan B. Pitt*
Alexander G. Peerman*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
Email: jschmidtlein@wc.com
Email: jpitt@wc.com
Email: apeerman@wc.com

* pro hac vice

Attorneys for Amazon.com, Inc.

ORDER ON DEFENDANT AMAZON.COM, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
SECOND AMENDED COMPLAINT (2:21-cv-00996 RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax