THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00996-RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR RESPONSE AND REPLY BRIEFS TO MOTION TO DISMISS<br><br>NOTED FOR CONSIDERATION: AUGUST 25, 2023 |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs filed the *Hogan* action on July 26, 2021. ECF No. 1.

2. On September 1, 2021, the Court entered an order consolidating *Hogan* and *Seberson*. ECF No. 17.

3. On February 2, 2022, Plaintiffs filed their Consolidated Amended Class Action Complaint ("CAC"), in compliance with the Court's consolidation order. ECF No. 23.

4. Defendant filed a motion to dismiss the CAC on April 4, 2022. ECF No. 26. Plaintiffs responded, and Defendant replied. ECF Nos. 35, 38.

5. On April 20, 2023, the Court granted Defendant's motion to dismiss with leave to amend. ECF No. 41.

STIPULATED MOTION AND ORDER
SETTING RESPONSE AND REPLY
DEADLINES - 1
Case No. 2:21-cv-00996-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6. On June 21, 2023, after Defendant agreed to a thirty-day extension of the deadline for amendment, Plaintiffs filed a Second Amended Complaint ("SAC"). ECF No. 44.

7. On July 26, 2023, Defendant filed an unopposed motion for extension of time to respond to the SAC. ECF No. 45. The Court granted Defendant's motion, and on August 21, 2023, Defendant filed a motion to dismiss the SAC. ECF No. 49.

8 Due to Plaintiffs' counsel's prior commitments to other cases, Plaintiffs asked Defendant to agree to a three-week extension of Plaintiffs' deadline to respond to the motion to dismiss, to October 2, 2023. Defendant consented to this request, and Plaintiffs agreed to an extension of the deadline for Defendant to file its reply, to November 3, 2023.

9. The parties agree to the extensions described above, subject to the Court's approval.

STIPULATED TO AND DATED this 29th day of August, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Adrienne D. McEntee*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

WEXLER BOLEY & ELGERSMA LLP

Kenneth A. Wexler, *Pro Hac Vice*
Email: kaw@wbe-llp.com
Justin N. Boley, *Pro Hac Vice*
Email: jnb@wbe-llp.com
Zoran Tasić, *Pro Hac Vice*
Email: zt@wbe-llp.com
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346 2222

STIPULATED MOTION AND ORDER
SETTING RESPONSE AND REPLY
DEADLINES - 2
Case No. 2:21-cv-00996-RSM

**Terrell Marshall Law Group** PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

|   |   |
|---|---|
| 1 | GUSTAFSON GLUEK PLLC |
| 2 |   |
|   | Daniel E. Gustafson, *Pro Hac Vice* |
| 3 | Email: dgustafson@gustafsongluek.com |
|   | Daniel C. Hedlund, *Pro Hac Vice* |
| 4 | Email: dhedlund@gustafsongluek.com |
|   | Michelle J. Looby, *Pro Hac Vice* |
| 5 | Email: mlooby@gustafsongluek.com |
| 6 | Daniel J. Nordin, *Pro Hac Vice* |
|   | Email: dnordin@gustafsongluek.com |
| 7 | Canadian Pacific Plaza |
|   | 120 South Sixth Street, Suite 2600 |
| 8 | Minneapolis, MN 55402 |
| 9 | Telephone: (612) 333-8844 |
| 10 | TAUS, CEBULASH & LANDAU, LLP |
| 11 |   |
|   | Brett Cebulash, *Pro Hac Vice* |
| 12 | Email: bcebulash@tcllaw.com |
|   | Kevin Landau, *Pro Hac Vice* |
| 13 | Email: klandau@tcllaw.com |
|   | Evan Rosin, *Pro Hac Vice* |
| 14 | Email: erosin@tcllaw.com |
| 15 | 123 William St., Suite 1900A |
|   | New York, NY 10038 |
| 16 | Telephone: (212) 931-0704 |
| 17 | *Attorneys for Plaintiffs and the Proposed Class* |
| 18 | DAVIS WRIGHT TREMAINE LLP |
| 19 |   |
|   | By:  */s/ Stephen M. Rummage* |
| 20 |      Stephen M. Rummage, WSBA #11168 |
|   |      MaryAnn Almeida, WSBA #49086 |
| 21 |      920 Fifth Avenue, Suite 3300 |
| 22 |      Seattle, WA 98104-1610 |
|   |      Telephone: (206) 622-3150 |
| 23 |      Email:  SteveRummage@dwt.com |
|   |      Email:  MaryAnnAlmeida@dwt.com |
| 24 |   |
| 25 | WILLIAMS & CONNOLLY LLP |
| 26 | By  */s/ John Schmidtlein* |
|   |     John Schmidtlein* |
| 27 |     Jonathan B. Pitt* |
|   |     Alexander G. Peerman* |

STIPULATED MOTION AND ORDER
SETTING RESPONSE AND REPLY
DEADLINES - 3
Case No. 2:21-cv-00996-RSM

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Email: jschmidtlein@wc.com
Email: jpitt@wc.com
Email: apeerman@wc.com

*pro hac vice*

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
SETTING RESPONSE AND REPLY
DEADLINES - 4
Case No. 2:21-cv-00996-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 29th day of August, 2023.

                                           RICARDO S. MARTINEZ
                                           UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
SETTING RESPONSE AND REPLY
DEADLINES - 5
Case No. 2:21-cv-00996-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com