# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>AMAZON.COM, Inc.,<br><br>　　　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:21-cv-00996-JHC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Defendant's Motion to Dismiss, Dkt. # 49, has been GRANTED and Plaintiffs' complaint is DISMISSED with prejudice for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). This case, and the consolidated cases *Seberson v. Amazon.com, Inc*, No. 2:21-cv-01009 (consolidated at Dkt. # 9), and *Hopper v. Amazon.com, Inc and Amazon.com Services LLC*, No. 2:23-cv-01523 (consolidated at Dkt. # 23), are closed. *See* Dkt. # 61 (Order consolidating cases and binding all consolidated cases to the final judgment in this case).

　　Dated March 13, 2024.

<u>Ravi Subramanian</u>
Clerk of Court


<u>*/s/Ashleigh Drecktrah*</u>
Deputy Clerk